**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Edward W. Stackhouse, Jr., Appellant.

Appellate Case No. 2012-212058

———————————

Appeal From Marion County
William H. Seals, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2014-UP-051
Submitted November 1, 2013 – Filed February 5, 2014

———————————

**APPEAL DISMISSED**

———————————

Chief Appellate Defender Robert M. Dudek, of Columbia; and Edward W. Stackhouse, Jr., pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

———————————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.